**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-4431**

—————————

UNITED STATES OF AMERICA,

                                   Plaintiff - Appellee,

        versus

MICHAEL DARRYL JONES,

                                   Defendant - Appellant.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge. (CR-02-104)

—————————

Submitted:  October 24, 2003      Decided:  December 11, 2003

—————————

Before WIDENER, TRAXLER, and KING, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Joseph A. Sanzone, SANZONE & BAKER, P.C., Lynchburg, Virginia, for Appellant.  John L. Brownlee, United States Attorney, R. Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Darryl Jones pled guilty to one count of possession of a firearm by a person previously convicted of a misdemeanor crime of domestic violence, in violation of 18 U.S.C. § 922(g)(9) (2000). The district court sentenced Jones to twelve months and one day in prison. Jones appealed, contending that the district court should have directed that his sentence be served at a facility where he could participate in a work release program. Finding no merit to his claim, we affirm.

The power to designate an inmate's place of incarceration rests solely with the Bureau of Prisons. 18 U.S.C. § 3621(b) (2000). Jones contends, however, that the district court had the authority to order that he serve his sentence through work release. Because Jones' sentence falls within Zone D of the Sentencing Table, U.S. Sentencing Guidelines Manual, Ch. 5, pt. A (2002), incarceration was mandatory and alternative punishment, such as work release, was not available. USSG §§ 5B1.1 comment. (n.2), 5C1.(f) & comment. n.(8). Therefore, the district court correctly concluded that it lacked the authority to order that Jones serve his sentence through work release.

For these reasons, we affirm Jones' sentence. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED